Harry SIGMAN and Sylvia Sigman, and Kay Feldman and Frances Feldman, Appellants, v. Roland VAN GILDER (Defendant and Third Party Plaintiff), (Harry SIGMAN, Third Party Defendant).

No. 11051.

United States Court of Appeals Third Circuit.

Argued Sept. 18, 1953.

Decided Oct. 7, 1953.

Francis E. Marshall, Philadelphia, Pa. (Thomas E. Comber, Jr., and Pepper, Bodine, Stokes & Hamilton, Philadelphia, Pa., on the brief), for appellants.

Laurence H. Eldredge, Philadelphia, for VanGilder.

Thomson F. Edwards, Philadelphia, Pa., for Harry Sigman, third party defendant.

O. Jacob Tallman, Allentown, Pa., Attorneys for Appellee.

Before BIGGS, Chief Judge, and GOODRICH and HASTIE, Circuit Judges.

PER CURIAM.

Careful consideration of the briefs and arguments of the parties convinces us that the trial in the court below was devoid of error. The questions presented were primarily those for the jury and the triers of the facts had ample evidence upon which to render their verdict. Accordingly, the judgment of the court below, 115 F.Supp. 366, will be affirmed.

Nola S. HEALE v. UNITED STATES of America, Appellant.

No. 11075.

United States Court of Appeals Third Circuit.

Argued Oct. 8, 1953.

Decided Oct. 19, 1953.

Benjamin Forman, Washington, D. C. (Warren E. Burger, Asst. Atty. Gen., Grover C. Richman, Jr., U. S. Atty., Newark, N. J., Stuart B. Rounds, Asst. U. S. Atty., Trenton, N. J., Samuel D. Slade, Attorney, Department of Justice, on the brief), for petitioner.

John Warren, Jr., Red Bank, N. J. (Parsons, Labrecque, Canzona, & Combs, Red Bank, N. J., on the brief), for respondent.

Before BIGGS, Chief Judge, and McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

A judgment against the United States cannot be sustained upon a theory of absolute liability. Dalehite v. United States, 346 U.S. 15, 44–45, 73 S.Ct. 956. Since the court below made no express finding as to negligent conduct on the part of the United States it is necessary to vacate the judgment and remand to the end that appropriate findings may be made. We make it plain, however, that we do not pass upon the question whether the record would or would not sustain a finding of negligence against the United States. This is a matter which rests with the trial court.

The judgment appealed from will be vacated and the case is remanded with the direction to proceed in accordance with this opinion.